**Order filed November 20, 2018.**



**In The**

# Fourteenth Court of Appeals

———————————

**NO. 14-18-00950-CV**

———————————

**IN RE SOMAIAH  KHOLAIF, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 449677**

---

## ORDER

On Tuesday, October 30, 2018, relator Somaiah Kholaif filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In her petition, relator asks this court to compel the Honorable Rory R. Olsen, presiding judge of the Probate Court No. 3 of Harris County, to vacate and set aside his order quashing discovery and granting real-party-interest's motion for protection, signed on October 17, 2018, in trial court cause number 449677.

Relator filed a motion for emergency stay asking this court to suspend the trial proceedings below, until this court rules on relator's petition for writ of mandamus.

It appears from the facts stated in the petition that relator's petition for mandamus relief requires further consideration. We therefore grant relator's motion for stay and ORDER the trial proceedings in cause 449677 STAYED until this court rules on relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Brown.